IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **UNCENSORED AMERICA,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **UNIVERSITY OF SOUTH** ) <br> **CAROLINA,** ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No.: **3:24-cv-5437** |

---

**PLAINTIFF'S MOTION TO DISMISS COMPLAINT**

---

WHEREAS, the Plaintiff in the above-referenced action wishes to end this lawsuit pursuant to Rule 41 (a)(1) of the *South Carolina Rules of Civil Procedure*, without prejudice, and

WHEREAS, the Plaintiff hereto agrees to bear their own costs and expenses associated with this action, NOW THEREFORE,

KNOW ALL MEN BY THESE PRESENTS, that the Plaintiff hereto, by and through all undersigned Counsel, request the Court to dismiss the Complaint in this action without prejudice.

**I SO MOVE AND CONSENT:**

/s/ *Thomas W. Winslow*_____
Thomas W. Winslow (SCSB#73584)
11019 Ocean Highway
Pawleys Island, SC 29585
Telephone: (843) 357-9301
Fax: (843) 357-9303
tom@winslowlawyers.com
*Attorney for Plaintiff*

December 4, 2024
Pawleys Island, South Carolina