**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| **UNCENSORED AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **UNIVERSITY OF SOUTH CAROLINA,** | ) | Case No.: **3:24-cv-5437** |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

---

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF THE COMPLAINT**

---

WHEREAS, the Plaintiff in the above-referenced action wishes to end this lawsuit pursuant to Notice of Voluntary Dismissal pursuant to the Federal Rules of Civil Procedures 41(a)(1)(A)(i), without prejudice, and

WHEREAS, the Plaintiff hereto agrees to bear their own costs and expenses associated with this action, NOW THEREFORE,

KNOW ALL MEN BY THESE PRESENTS, that the Plaintiff hereto, by and through all undersigned Counsel, request the Court to dismiss the Complaint in this action without prejudice.

*/s/ Thomas W. Winslow*_____
Thomas W. Winslow (SCSB#73584)
11019 Ocean Highway
Pawleys Island, SC 29585
Telephone: (843) 357-9301
Fax: (843) 357-9303
tom@winslowlawyers.com
*Attorney for Plaintiff*

December 9, 2024
Pawleys Island, South Carolina